MARY MONEYPENNY, Respondent, *v.* EUGENE JACKSON, Appellant.

(Argued May 31, 1872; decided June 4, 1872.)

*John H. Reynolds* for the appellant.

*H. Brewster* for the respondent.

AGREE to affirm; no opinion.

---

IN THE MATTER OF JOHN G. LAMBERSON, Appellant.

(Argued May 28, 1872; decided June 4, 1872.)

*Samuel Hand* for the appellant.

*Stephen A. Walker* for the respondent.

AGREE to affirm; no opinion.

---

JAMES L. VAN INGEN, Respondent, *v.* DANIEL H. WAY, Appellant.

(Argued February 19, 1872; decided June 11, 1872.)

*Edwin Quackenbush* for the appellant.

*J. S. Landon* for the respondent.

AGREE to affirm; no opinion.